UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA
MOBILE DIVISION

IN RE:                              *
                                    *
Ee&A Enterprises, Llc               *     CASE NO. 20-11541-HAC
                                    *
                                    *
       Debtor(s).                   *     Chapter 7

## TRUSTEE'S REPORT OF DIVIDENDS

CLAIM CATEGORY: Administrative          PERCENT OF DIVIDEND: 100.0000000

| CLAIM NO. | CREDITOR | AMOUNT OF CLAIM | CALCULATED DIVIDEND TO PAY CREDITOR |
|---|---|---|---|
| | Terrie S. Owens, Trustee | $ 4,915.02 | $ 4,915.02 |
| | Terrie S. Owens, Trustee | $ 37.65 | $ 37.65 |
| | | $ 4,952.67 | $ 4,952.67 |

CLAIM CATEGORY: Priority                PERCENT OF DIVIDEND: 0.0000000

| CLAIM NO. | CREDITOR | AMOUNT OF CLAIM | CALCULATED DIVIDEND TO PAY CREDITOR |
|---|---|---|---|
| | | $ | $ |
| | | $ 0.00 | $ 0.00 |

CLAIM CATEGORY: Unsecured               PERCENT OF DIVIDEND: 23.0500000

| CLAIM NO. | CREDITOR | AMOUNT OF CLAIM | CALCULATED DIVIDEND TO PAY CREDITOR |
|---|---|---|---|
| 1 | Bank Of Evergreen | $ 107,737.47 | $ 24,842.64 |
| 2 | Grp Funding Holdings, Llc | $ 51,412.24 | $ 11,854.89 |
| 3 | Servisfirst Bank | $ 0.00 | $ 0.00 |

$ 159,149.71    $    36,697.53

CLAIM CATEGORY: Secured        PERCENT OF DIVIDEND: 0.0000000

| CLAIM NO. | CREDITOR | AMOUNT OF CLAIM | CALCULATED DIVIDEND TO PAY CREDITOR |
|---|---|---|---|
| | | $ | $ |
| | | $ 0.00 | $ 0.00 |

SURPLUS BACK TO DEBTOR(s):

Date: January 26, 2021

/s/ Terrie S. Owens, Trustee
Terrie S. Owens, Trustee,
Trustee

REVIEWED BY
U. S. BANKRUPTCY ADMINISTRATOR'S OFFICE

*Rhonda C. Case*
DATE: *January 26, 2021*

Case Number: 20-11541
Debtor Name: Ee&A Enterprises, Llc

Date: January 26, 2021
PROPOSED DISTRIBUTION

| Claim # | Payee Name | Class | Priority | Amount | Paid To Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | $41,650.20 |
| | Terrie S. Owens, Trustee<br>P.O. Box 3123<br>Mobile, AL 36652 | Administrative | 100 | $4,915.02 | $0.00 | $4,915.02 | $4,915.02 | $36,735.18 |
| | Terrie S. Owens, Trustee<br>P.O. Box 3123<br>Mobile, AL 36652 | Administrative | 100 | $37.65 | $0.00 | $37.65 | $37.65 | $36,697.53 |
| | Subtotals for Class Administrative 100.00% | | | $4,952.67 | $0.00 | $4,952.67 | $4,952.67 | |
| 1 | Bank Of Evergreen<br>P O Box 270<br>Evergreen, Al 36401 | Unsecured | 300 | $107,737.47 | $0.00 | $107,737.47 | $24,842.64 | $11,854.89 |
| 2 | Grp Funding Holdings, Llc<br>1350 Main Street<br>Suite 200<br>Springfield, Ma 01103 | Unsecured | 300 | $51,412.24 | $0.00 | $51,412.24 | $11,854.89 | $0.00 |
| 3 | Servisfirst Bank<br>4801 West Main Street<br>Dothan, Al 36305 | Unsecured | 350 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Subtotals for Class Unsecured 23.06% | | | $159,149.71 | $0.00 | $159,149.71 | $36,697.53 | |
| | Totals | | | $164,102.38 | $0.00 | $164,102.38 | $41,650.20 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.

Date Printed 1/26/2021 9:55:36 AM